UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONALD LEWIS SYKES,

        Plaintiff,

vs.                               Case No. 3:11-cv-417-J-12JRK

F. RODRIGUEZ-GARCIA, M.D., et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system who is proceeding *pro se*, initiated this action by filing a civil rights complaint (Doc. #1) (hereinafter Complaint). He complains about the conditions of confinement at Hamilton Correctional Institution, particularly the medical care he has been receiving at that institution.

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, states:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the

      prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Section 1915(g) requires this Court to consider prisoner actions dismissed before, as well as after, the enactment of the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir.), cert. dismissed, 524 U.S. 978 (1998). The Court takes judicial notice of filings brought by Plaintiff in this Court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) Case Number 3:05-cv-1290-J-32TEM; (2) Case Number 3:06-cv-415-J-32HTS; (3) Case Number 3:06-cv-783-J-20TEM; (4) Case Number 3:06-cv-1070-J-12MMH; and (5) Case Number 3:07-cv-600-J-20HTS. Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury, his application to proceed in forma pauperis will be denied and this action will be dismissed without prejudice.[1]

Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

---

[1] The Court dismissed Case No. 3:08-cv-272-J-32TEM pursuant to the three strikes provision of 28 U.S.C. § 1915(g).

1. Plaintiff's application to proceed in forma pauperis (Doc. #2) is **DENIED**.

2. This case is hereby **DISMISSED** without prejudice.

3. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of June, 2011.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sa 5/31
c:
Donald Lewis Sykes